11/5/05                  US Dist Ct        01-CV-
                                            10615 MEL

Ds' Motion to Strike
All Testimony of
Peter Perrancello

Ds make this Motion on the following grounds:

1. The stated purpose at yesterday's side bar was that Perrancello would be needed to rebut Mr Davignon's testimony in regard to his 2005 termination.

No such testimony was given. Instead, Perrancello was asked about alleged work rules and policies and

ethical matters in years 2000 and 2001. That was not the stated basis yesterday.

2. Perroncello has NOT been disclosed as a witness in any list furnished by counsel, supplementary or otherwise.

3. The events in this suit all occured in 2000. Perroncello did not start work for a Sheriff until 2001.

4. Perronello's {oral testimony} of what was in a {written} "work rule" is excludable as violating the best evidence rule, parole evidence. If such a writing exists, it should be submitted as an exhibit, not orally described.

5. To the extent that Δ has tried to qualify Perronello as an expert, or elicit expert testimony, again this was never disclosed to πs before today.

11/10/05

Atty. Chy Beauregard